UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALANA HUBBARD
JACOB REDMON, individually
and on behalf of similarly
situated persons,

       Plaintiff,

v.

SIDETRACK, INC. d/b/a THE
SIDETRACK BAR & GRILL also
d/b/a FRENCHIE'S
and LINDA FRENCH,

       Defendants.

Case No. 2:21-cv-10669

Hon. Arthur J. Tarnow

---

| David M. Blanchard (P67190) | Christopher M. Trebilcock (P62101) |
| Frances J. Hollander (P82180) | Carolyn M. Horton (P84635) |
| BLANCHARD & WALKER PLLC | Clark Hill PLC |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 221 N. Main Street, Suite 300 | 500 Woodward Avenue, Suite 3500 |
| Ann Arbor, MI 48104 | Detroit, Michigan 48226 |
| (734) 929-4313 | (313) 965-8300 |
| blanchard@bwlawonline.com | ctrebilcock@clarkhill.com |
| hollander@bwlawonline.com | chorton@clarkhill.com |

---

### **JUDGMENT IN FAVOR OF PLAINTIFF JACOB REDMON**

     Upon consideration of the Notice of Acceptance of Offer of Judgment, and it appearing that all of the conditions for entry of judgment under Fed. R. Civ. P. 68 have been met,

     IT IS ORDERED that Judgment in favor of Plaintiff Jacob Redmon and against Defendants is entered in the amount of Sixteen Thousand and Five Hundred and Seventy Dollars and Fifty-Nine Cents ($16,570.59), plus interest and a

reasonable amount of attorneys' fees and costs incurred to date by Plaintiff, as determined and approved by this Court.

IT IS FURTHER ORDERED that this judgment is without prejudice to Plaintiff's remaining claims under State law (COUNT III) or any claims for liquidated damages in any form.

IT IS SO ORDERED.

**Dated: July 12, 2021**                    s/Arthur J. Tarnow
                                            Hon. Arthur J. Tarnow
                                            **U.S. District Court Judge**